UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORI HAHN,<br><br>                             Plaintiff,<br>vs.<br><br>BANK OF AMERICA INC. and MARIA LOCCISANO,<br><br>                             Defendants. | Index No. 12-CV-4151 |

## NOTICE OF DISMISSAL OF DEFENDANT MARIA LOCCISANO

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff Lori Hahn stipulates and agrees, only as asserted against the Defendant Maria Loccisano, to the dismissal with prejudice of all claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 e-5, et seq., in the above-captioned action.

                                                        SIMON, EISENBERG & BAUM, LLP

                          By: _____
                                   Eric M. Baum, Esq.
                                   Attorneys for Plaintiff Lori Hahn
                                   Office and Post Office Address
                                   24 Union Square East, Fifth Floor
                                   New York, NY 10003
                                   (212) 353-8700