UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ **X**

LORI HAHN,                                   :

          Plaintiff,                     :

       -against-                        :

BANK OF AMERICA, INC. and MARIA              :
LOCCISANO,

         Defendants.                    :

------------------------------------ **X**

CASE NO.  12-cv-4151

## **<u>DEFENDANT'S RENEWED REQUEST FOR TAXATION OF COSTS</u>**

Pursuant to Fed. R. Civ. P. 54(d)(1), 28 U.S.C. § 1920, and S.D.N.Y. Local Civ. R. 54.1, Defendant Bank of America, N.A. ("the Bank"), as the prevailing party, hereby respectfully requests that Clerk of Court tax costs incurred in the above-captioned case.

On March 31, 2014, the Honorable Debra Freeman, United States Magistrate Judge, filed a Memorandum and Order granting Defendant's motion for summary judgment, and, thereafter, on March 31, 2014, pursuant to Judge Freeman's direction, the Clerk of Court entered final Judgment in favor of Defendant.

On April 11, 2014, Defendant as prevailing party on all of Plaintiff Lori Hahn's ("Hahn" or "Plaintiff") claims alleged in the Complaint, timely filed Defendant's Request for Taxation of Costs within thirty (30) days after entry of final judgment by the District Court. As set forth in the Bill of Costs attached hereto as <u>Exhibit A</u>, and the Declaration of Counsel attached hereto as <u>Exhibit B</u>, the total costs that Defendant seeks as the prevailing parties is $9,411.57.  <u>See</u> Exhs A & B.  However, because Plaintiff filed an Appeal, the Court denied Motion for Taxation of Costs on August 7, 2014 pending Plaintiff's appeal, without prejudice to renew the motion if this Court's judgment is affirmed.

On June 4, 2015, the United States Court of Appeals for the Second Circuit entered judgment affirming, per curiam, the judgment of the Southern District of New York. See June 4, 2015 Summary Order attached as Exhibit C. Hahn has not requested a rehearing or filed a petition for a writ of certiorari in the United States Supreme Court. On June 25, 2015, the United States Court of Appeals for the Second Circuit issued a Judgment Mandate effectively closing the matter. See June 25, 2015 Judgment Mandate attached as Exhibit D. The Hahn action thus has reached its final disposition and the Bill of Costs in the amount of $9,411.57 may appropriately be taxed against Hahn pursuant to S.D.N.Y. Local Civ. R. 54.1.

Accordingly, Defendant respectfully requests that Clerk of Court tax costs incurred in the above-captioned case.

Respectfully submitted,

/s/Alice A. Kokodis
Alice A. Kokodis
Locke Lord LLP
111 Huntington Avenue
Boston, MA 02199
Tele. No. (617) 239-0100
Fax No. (617) 227-4420
akokodis@edwardswildman.com

Dated: July 1, 2015

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on July 1, 2015, I electronically filed **Defendant's Renewed Request for Taxation of Costs** with the Clerk of the District Court using the CM/ECF system, and that a copy of the within was served via the Court's ECF filing system upon plaintiff's counsel as follows:

    Eric Baum, Esq.
    SIMON, EISENBERG & BAUM, LLP
    24 Union Square East, Fifth Floor
    New York, NY 10003

       /s/ Alice A. Kokodis
        Alice A. Kokodis

# EXHIBIT A

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| LORI HAHN | ) | |
| | ) | |
| v. | ) | Case No.: 1:12-cv-04151-DCF |
| | ) | |
| BANK OF AMERICA, INC. | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___03/31/2014___ against ___Plaintiff, Lori Hahn___ ,
Date

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 234.95 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 5,476.62 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 3,700.00 |
| | TOTAL    $ | 9,411.57 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

    ☑ Electronic service        ☐ First class mail, postage prepaid

    ☐ Other: _____

    s/ Attorney: ___Alice A. Kokodis___

        Name of Attorney: Alice A. Kokodis

For: ___Bank of America , N.A.___        Date: ___06/23/2015___
        *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
    *Clerk of Court*                   *Deputy Clerk*            *Date*

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| **NAME , CITY AND STATE OF RESIDENCE** | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

*Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)*

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

`------------------------------------` **X**

LORI HAHN,                                            :

        Plaintiff,                            :

      -against-                                  :

BANK OF AMERICA, INC. and MARIA          :
LOCCISANO,

        Defendants.                         :

`------------------------------------` **X**

CASE NO.  12-cv-4151

## <u>DECLARATION OF COUNSEL</u>

Now comes Alice A. Kokodis who, after being first duly sworn according to law, deposes and states that she is of full legal age, has full knowledge of all events stated herein, and is competent to testify to the matters set forth below.

Further, Declarant states that:

      1.     I am an attorney in good standing licensed to practice law in the State of New York;

2.     I am counsel with the law firm of Locke Lord LLP and I represent Defendant Bank of America, N.A., incorrectly identified in the Complaint as Bank of America, Inc. ("Defendant") in this lawsuit;

      3.     During the course of discovery, Defendant took the deposition of plaintiff Lori Hahn ("Plaintiff" or "Hahn"), and expert witnesses, Michael Soudry ("Soudry") and Dr. Roy Lubit ("Lubit") in defense of its claims.  In addition, Plaintiff took the depositions of Anthony Volpicello ("Volpicello"), Maria Loccisano ("Loccisano"), Wyder Tutiven ("Tutiven"), Charles Castillo ("Castillo"), Evelyn Henriquez ("Henriquez"), Gabriella Ruhlig ("Ruhlig"), Maria Soares ("Soares"), Oliver Whitelaw ("Whitelaw") and Tamara Johnson ("Johnson"), all either former or current employees of Bank of America, N.A., in support of her claims.  Defendant relied on Volpicello, Loccisano, Tutiven, Castillo, Ruhlig, Soares, and Whitelaw's deposition transcripts in

its successful summary judgment briefing before this Court. In procuring the deposition transcripts for filing with the Court in support of the Motion for Summary Judgment, Defendant incurred a cost of $5,476.62. Attached hereto as <u>Exhibit 1</u> are true and accurate copies of the invoices from Veritext New York Reporting Co., documenting these costs.

4.      Defendant took the Hahn, Soudry and Lubit depositions for the purpose of summary judgment briefing, among other goals, and it was reasonably necessary for the defense of Defendant in this matter.

5.      Defendant defended the depositions of Volipcello, Loccisano, Tutiven, Castillo, Henriquez, Ruhlig, Soares, Whitelaw and Johnson for the purpose of summary judgment briefing, among other goals, and it was reasonably necessary for the defense of Defendant in this matter.

6.      Defendant took the depositions of Michael Soudry, M.B.A. and Dr. Roy Lubit because they were reasonably necessary for the defense of Defendant in this matter. Attached hereto as <u>Exhibit 2</u> are true and accurate copies of the invoices for the service of subpoenas on Michael Soudry, MBA and Dr. Roy Lubit. In procuring the depositions of Soudry and Lubit, Defendant incurred a cost of $3,700.00 for witness fees and attendance at deposition. Attached hereto as Exhibit 3 are true and accurate copies of the invoices for Soudry and Lubit's attendance at deposition.

7.      The total amount of costs sought by Bank of America, N.A. as prevailing party is $9,411.57.


Executed this 1 day of July, 2015.


<div align="right">
      /s/*Alice A. Kokodis*
_____
Alice A. Kokodis
</div>

# EXHIBIT 1

# Veritext New York Reporting Co.

200 Old Country Road , Suite 580
Mineola, NY 11501
Tel. (516) 608-2400  Fax. (516) 608-2450

**Bill To:** Alice A. Kokodis, Esq.
Edwards Wildman Palmer LLP
111 Huntington Ave
Boston, MA 02199

*do not cach*

Invoice #:  NY1642660
Invoice Date:  12/27/2012
Balance Due:  $500.75

| | | | |
|---|---|---|---|
| **Case:** | Hahn v. Bank Of America | **File No:** | 12-CV4151 |
| **Job #:** | 1576545  |  Job Date: 12/14/2012  |  Delivery: Normal | | |
| **Location:** | Simon Eisenberg & Baum LLP | | |
| | 24 Union Square East, 5th Floor | 15 & 16th Street | New York, NY 10003 | | |

311979-000

| Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|
| Anthony Volpicello | Certified Transcript | Page | 133.0 | $3.25 | $432.25 |
| | CD Depo Litigation Package | Per CD | 1.0 | $39.00 | $39.00 |
| | Shipping & Handling | Package | 1.0 | $29.50 | $29.50 |
| **Notes:** | | | | **Invoice Total:** | **$500.75** |
| | | | | **Payment:** | |
| | | | | **Credit:** | |
| | | | | **Interest:** | **$0.00** |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | | | **Balance Due:** | **$500.75** |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments will be made after 90 days.



E693153

---

Make check payable to:

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card #                          Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago, IL 60694-1303

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

| | |
|---|---|
| Invoice #: | NY1642660 |
| Job #: | 1576545 |
| Invoice Date: | 12/27/2012 |
| Balance : | $500.75 |

CVS 185336 JAN 31 2013     NON-TAXABLE

## Veritext New York Reporting Co.

200 Old Country Road , Suite 580
Mineola, NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450

**Bill To:** Alice A. Kokodis, Esq.
Edwards Wildman Palmer LLP
111 Huntington Ave
Boston, MA 02199

| | |
|---|---|
| Invoice #: | NY1646543 |
| Invoice Date: | 12/31/2012 |
| Balance Due: | $546.25 |

| | |
|---|---|
| **Case:** | Hahn v. Bank Of America |
| **Job #:** | 1576546 | Job Date: 12/17/2012 | Delivery: Normal |
| **Location:** | Simon Eisenberg & Baum LLP |
| | 24 Union Square East, 6th Floor | 15 & 16th Street | New York, NY 10003 |

File No: 12-CV4151

do not much

311979-0010

| Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|
| Maria Loccisano | Certified Transcript | Page | 147.0 | $3.25 | $477.75 |
| | CD Depo Litigation Package | Per CD | 1.0 | $39.00 | $39.00 |
| | Shipping & Handling | Package | 1.0 | $29.50 | $29.50 |

| Notes: | | | | | |
|---|---|---|---|---|---|
| | | | | Invoice Total: | $546.25 |
| | | | | Payment: | |
| | | | | Credit: | |
| | | | | Interest: | $0.00 |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | | | Balance Due: | $546.25 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.



E693160

| | |
|---|---|
| Make check payable to: | |
| ☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box | |
| **Credit Card #** | **Exp. Date** |
| SIGNATURE (AS IT APPEARS ON CREDIT CARD) | |
| PRINT NAME (AS IT APPEARS ON CREDIT CARD) | |

| | |
|---|---|
| Invoice #: | NY1646543 |
| Job #: | 1576546 |
| Invoice Date: | 12/31/2012 |
| Balance : | $546.25 |

Please remit payment to:
Veritext
P.O. Box 71303
Chicago, IL 60694-1303

For more information on charges related to our services please consult www.veritext.com/serviceinfo

CK8 185336 JAN 31 2013  NON-TAXABLE

# INVOICE

## Veritext New York Reporting Co.

200 Old Country Road , Suite 580
Mineola, NY 11501
Tel. (516) 608-2400  Fax. (516) 608-2450

Bill To:  Alice A. Kokodia, Esq.
Edwards Wildman Palmer LLP
111 Huntington Ave
Boston, MA 02199

*311979*
*10*

| | |
|---|---|
| Invoice #: | NY1647347 |
| Invoice Date: | 01/02/2013 |
| Balance Due: | $517.00 |

| | |
|---|---|
| Case: | Hahn v. Bank Of America |
| Job #: | 1579748  \|  Job Date: 12/18/2012  \|  Delivery: Normal |
| Location: | Simon Eisenberg & Baum LLP |
| | 24 Union Square East, 5th Floor \| 15 & 19th Street \| New York, NY 10003 |

| Maria Locciaano | | | | | |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 138.00 | $3.25 | $448.50 |
| | CD, Depo Litigation Package | Per CD | 1.00 | $38.00 | $38.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

| Notes: | | | | |
|---|---|---|---|---|
| | | | Invoice Total | $517.00 |
| | | | Payment | |
| | | | Credit | |
| | | | Interest | $0.00 |
| Fed. Tax ID: 20-3132569 | | Term: Net 30 | Balance Due | $517.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.



E694153

Please tear off stub and return with payment.

CVS 1863764 FEB 19 2013

NON-TAXABLE

Make check payable to:   Veritext

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐

Credit Card #                                        Exp.

Please remit payment to:

Veritext
P.O. Box 71303
Chicago, IL 60694-1303

received

| | |
|---|---|
| Invoice #: | NY1647347 |
| | 1579748 |
| | 01/02/2013 |

31/979-0010

# INVOICE

**Veritext New York Reporting Co.**

200 Old Country Road , Suite 580
Mineola, NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450

RECEIVED
FEB -4 2013
ED___ DS WILDMAN
___ JE3 LLP

Bill To: Attn; Debra Willdridge
Edwards Wildman Palmer LLP
111 Huntington Ave
Boston, MA 02199-7618

| | |
|---|---|
| Invoice #: | NY1658698 |
| Invoice Date: | 01/17/2013 |
| Balance Due: | $825.50 |

| | |
|---|---|
| **Case:** | Hahn Lori v. Bank Of America |
| **Job #:** | 1575792 \| Job Date: 12/11/2012 \| Delivery: Normal |
| **Location:** | Simon Eisenberg & Baum LLP |
| | 24 Union Square East, 5th Floor \| 15 & 16th Street \| New York, NY 10003 |

Client #
Matter #
Heating

| | | | | | |
|---|---|---|---|---|---|
| Charles D. Castillo | Certified Transcript | Page | 51.00 | $3.25 | $165.75 |
| Evelyn (Guzman) Henriquez | Certified Transcript | Page | 80.00 | $3.25 | $260.00 |
| Gabriella C. Ruhlig | Certified Transcript | Page | 57.00 | $3.25 | $185.25 |
| Maria L. Soares | Certified Transcript | Page | 66.00 | $3.25 | $214.50 |
| Notes: | | | | Invoice Total | $825.50 |
| | | | | Payments | |
| | | | | Credit | |
| | | | | Interest | $0.00 |
| Fed. Tax ID: 20-3132669 | | Term: Net 30 | | Balance Due | $825.50 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay of
Contact us to correct payment errors. No adjustments will be made after 90 days...



E693956

Please tear off stub and return with payment.

received

Make check payable to: Veritext

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Check

Credit Card #

NON-TAXABLE

# INVOICE

31197910010

## Veritext New York Reporting Co.

200 Old Country Road , Suite 580
Mineola, NY 11501
Tel. (516) 608-2400  Fax. (516) 608-2450

Bill To: Aimee S, Lin Esq
Edwards Wildman Palmer LLP
1 Giralda Farms
Madison, NJ 07940-1027

| | |
|---|---|
| Invoice #: | NY1666114 |
| Invoice Date: | 01/29/2013 |
| Balance Due: | $316.50 |

| | |
|---|---|
| Case: | Hahn v. Bank Of America |
| Job #: | 1590039  \|  Job Date:  1/18/2013  \|  Delivery:  Normal |
| Location: | DC/Mineola - VIDEOCONFERENCE |
| | 200 Old Country Road \| Suite # 580 -large conference room \| Mineola, NY |

| | |
|---|---|
| Client # | |
| Matter # | |
| Hearing | |

| | | | | | |
|---|---|---|---|---|---|
| Wyder Tullven | Certified Transcript | Page | 68.00 | $3.50 | $238.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |
| Notes: | | | | Invoice Total: | $316.50 |
| | | | | Payment: | |
| | | | | Credit: | |
| | | | | | $0.00 |
| Fed. Tax ID: 20-3132569 | | Term: Net 30 | | Balance Due: | $316.50 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will pay a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments will be made after 90 days.



E693881

Please tear off stub and return with payment.

received

OVS 187953 MAR 28 2013

Make checks payable to: Veritext

☐ Visa ☐ MC ☐    NON-TAXABLE

Credit Card #                    Exp. Date

Invoice #:                         NY1666114
Job/Confirmation No #:              1590039
Invoice Date:                     01/29/2013
Balance:                           $316.50

Please remit payment to:
Veritext

311979-0010

# INVOICE

**Veritext  New York Reporting Co.**

200 Old Country Road , Suite 580
Mineola, NY 11501
Tel. (516) 608-2400  Fax. (516) 608-2450

olc

Bill To:  Debra Wildridge
Edwards Wildman Palmer LLP
1 Giralda Farms
Madison, NJ 07940-1027

| | |
|---|---|
| Invoice #: | NY1678246 |
| Invoice Date: | 02/13/2013 |
| Balance Due: | $610.50 |

| | |
|---|---|
| Case: Hahn v. Bank Of America | Hearing |
| Job #: 1590039 | Job Date: 1/18/2013 | Delivery: Normal | Client # |
| Location: DC/Mineola - VIDEOCONFERENCE 200 Old Country Road | Suite # 580 -large conference room | Mineola, NY 11501. | |

| Oliver Whitelaw | | | | |
|---|---|---|---|---|
| Certified Transcript | Page | 152.00 | $3.50 | $532.00 |
| CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |

Notes:

| | |
|---|---|
| Invoice Total: | $610.50 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $610.50 |

Fed. Tax ID: 20-3132669        Term: Net 30

TERMS : Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

E693959

Please tear off stub and return with payment.



received
3/15/13

CVS 18784 | MAR 15 2013

NON-TAXABLE

Make check payable to:  Veritext

| | |
|---|---|
| Invoice #: | NY1678246 |
| Job/Confirmation No #: | 1590039 |
| Invoice Date: | 02/13/2013 |
| Balance Due: | $610.50 |

# INVOICE

**Veritext New York Reporting Co.**

200 Old Country Road , Suite 580
Mineola, NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450

311979-
0010

OK

Bill To: Debra Willdridge
Edwards Wildman Palmer LLP
111 Huntington Ave.
Boston, MA 02199-7618

| | |
|---|---|
| Invoice #: | NY1676295 |
| Invoice Date: | 02/14/2013 |
| Balance Due: | $550.00 |

| | |
|---|---|
| Case: Hahn v. Bank Of America | Hearing |
| Job #: 1590043 \| Job Date: 1/16/2013 \| Delivery: Normal | Client # |
| Billing Atty: Debra Willdridge | |
| Location: Audio Video Resources | |
| 4323 E. Cotton Ctr. Blvd. \| Phoenix, AZ 85040 | |
| Depo Atty: John Gallo Esq | |

| Oliver Whitelaw | Videoconference - Hourly Connection Fee | (Hour | 5.00 | $110.00 | $550.00 |
|---|---|---|---|---|---|
| Notes: Videoconference - | | | Invoice Total: | | $550.00 |
| Billed bridging fees to Edwards only | | | Payment: | | |
| | | | Credit: | | $0.00 |
| | | | Interest: | | |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | | Balance Due: | | $550.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including attorneys fees.
Contact us to correct payment errors. No adjustments will be made after 90 days.

||||||||| ||||| |||||| ||||| ||||| |||
E693931

Please tear off stub and return with payment.

received

CVS 1 8 7 8 6 1 MAR 18 2013

NON-TAXABLE



Make check payable to: Veritext

□ Visa/ BID □ Amex □ Check □ Firm □ Client

| | |
|---|---|
| Invoice #: | NY1676295 |
| Job/Confirmation No #: | 1590043 |
| Invoice Date: | 02/14/2013 |
| Balance Due: | $550.00 |

# INVOICE

**Veritext New York Reporting Co.**

200 Old Country Road , Suite 580
Mineola, NY 11501
Tel. (516) 608-2400  Fax. (516) 608-2450



E695025

O/C
3II979-
0010

Bill To: Alice A Kokodis, Esq.
Edwards Wildman Palmer LLP
111 Huntington Ave.
Boston, MA 02199-7618

| | |
|---|---|
| Invoice #: | NY1702502 |
| Invoice Date: | 03/16/2013 |
| Balance Due: | $383.12 |

| | |
|---|---|
| **Case:** | Hahn Lori v. Bank Of America |
| **Job #:** | 1621549 | Job Date: 3/5/2013 | Delivery: Normal |
| **Location:** | Office Suites PLUS Tyvola |
| | 6047 Tyvola Glen Cir. | Charlotte, NC 28217 |

| Hearing |
|---|
| Client # |

| Tamara Johnson | | | | | |
|---|---|---|---|---|---|
| | Certified Transcript | Per Page | 79.00 | 3.50 | $276.50 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Exhibits | Per Page | 38.00 | $0.45 | $17.10 |
| | Exhibits Scanned-Searchable - OCR | Per page | 38.00 | $0.29 | $11.02 |
| | Shipping & Handling | Package | 1.00 | $39.50 | $39.50 |

**Notes:**

| | |
|---|---|
| **Fed. Tax ID:** 20-3132569 | **Term:** Net 30 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days are subject to collection.
Contact us to correct payment errors. No adjustments will be made after 90 days.

Please tear off stub and return with payment.

Make check payable to: Veritext

☐ Visa ☐  MC ☐  Amex  ☐

CVS

Credit Card #

NON TAXABLE



# INVOICE

31979-0010

RECEIVED

APR -3 2013

DS WILDMAN
LLP

**Veritext New York Reporting Co.**

200 Old Country Road , Suite 580
Mineola, NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450

Bill To: Alice A. Kokodis, Esq.
Edwards Wildman Palmer LLP
111 Huntington Ave.
Boston, MA 02199-7618

| | |
|---|---|
| Invoice #: | NY1713939 |
| Invoice Date: | 03/28/2013 |
| Balance Due: | $340.00 |

| | | File No: | 12-CV4151 |
|---|---|---|---|
| **Case:** | Hahn Lori v. Bank Of America | | |
| **Job #:** | 1623492 \| Job Date: 3/5/2013 \| Delivery: Normal | | |
| **Billing Atty:** | Alice A. Kokodis, Esq. | | |
| **Location:** | Office Suites PLUS Tyvola | | |
| | 6047 Tyvola Glen Cir. \| Charlotte, NC 28217 | | |
| **Sched Atty:** | Alice A. Kokodis, Esq. | | |
| **Depo Atty:** | Alice Kokodis | | |

| | | | | |
|---|---|---|---|---|
| Veritext Virtual Primary Participants | 1 | 1.00 | $295.00 | $295.00 |
| Conference Call | 1 | 1.00 | $45.00 | $45.00 |
| | | | Invoice Total: | $340.00 |
| **Notes:** | | | Payment: | |
| | | | Credit: | |
| | | | Interest: | $0.00 |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | | Balance Due: | $340.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments will be made after 90 days.



E695034

---

Please tear off stub and return with payment.

CVS 18 9 8 3 2 APR 22 2013

received

Make check payable to: **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

NON-TAXABLE

Credit Card #

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)



| | |
|---|---|
| Invoice #: | NY1713939 |
| Job #: | 1623492 |
| Invoice Date: | 03/28/2013 |
| Balance: | $340.00 |

Please remit payment to:
P.O. Box 71303
Chicago, IL 60694-1303

For more information log on to

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



**Bill To:**
Bank of America
555 California St.
Fl. 8
San Francisco, CA, 94104-1511

| | |
|---|---|
| Invoice #: | CS1768627 |
| Invoice Date: | 6/4/2013 |
| Balance Due: | $0.00 |
| Agency #: | 1650578 |

| | | | |
|---|---|---|---|
| **Case:** | Hahn, Lori v. Bank of America | **Billing #:** | L27482-20120301 |
| **Job #:** | 1648783 | Job Date: 4/25/2013 | Delivery: Normal | **Matter #:** | L27482-20120301 |
| **Billing Atty:** | | | |
| **Location:** | Edwards Wildman & Palmer LLP | | |
| | 750 Lexington Ave | 12th floor | New York, NY 10022 | | |
| **Sched Atty:** | Alice A. Kokodis, Esq. | Edwards Wildman | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 62.00 | $4.00 | $248.00 |
| | Attendance Fee | 1 | 1.00 | $50.00 | $50.00 |
| Michael Soudry | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Shipping & Handling | Package | 1.00 | $18.00 | $18.00 |
| Roy Lubit | Original with 1 Certified Transcript | Page | 133.00 | $4.00 | $532.00 |

| Notes: | | | |
|---|---|---|---|
| | | **Invoice Total:** | $887.00 |
| | | **Payment:** | ($887.00) |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | CS1768627 |
|---|---|
| Job #: | 1648783 |
| Invoice Date: | 6/4/2013 |
| Balance: | $0.00 |

89821

# EXHIBIT 2

YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM - CLICK ON CHECK STATUS

# PAYMODE

Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056 (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393486
www.Served.com

YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!





E694629

311979
10

## INVOICE

EDWARDS WILDMAN PALMER, LLP-BOSTON
JENNIFER HAGEMAN, ESQ.
111 HUNTINGTON AVENUE
BOSTON, MA 02199

INVOICE #: 20130225152319
AMOUNT DUE: $204.95
DUE DATE: 04/04/2013

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

AMOUNT DUE: $204.95 | DUE DATE: 04/04/2013 | INVOICE #: 20130225152319 | INVOICE DATE: 03/05/2013

ATTORNEY: JENNIFER HAGEMAN, ESQ.
FIRM: EDWARDS WILDMAN PALMER, LLP-BOSTON
PLAINTIFF: LORI HAHN
DEFENDANT: BANK OF AMERICA, INC
DOCKET#: 12 CV 4151 CLAIM#:
ENTITY SERVED: ROY LUBIT, M.D., PH.D.
SERVED WITH: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION, FEDERAL RULE OF CIVIL PROCEDURE
SERVED DATE: 02/28/2013 COURT DATE: 03/08/2013

| | | | |
|---|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: | __/__/__ |
| SERVICE FEE: | $119.95 | | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: | |
| PRIORITY FEE: | $30.00 | | |
| PICKUP FEE: | $0.00 | [ ] CHECK | |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA | |
| POSTAL FORWARDING FEE: | $0.00 | [ ] MASTERCARD | |
| CASH ATTACHED: | $55.00 | [ ] DISCOVER | |
| WAIT TIME 0.00 HOURS FEE: | $0.00 | [ ] AMERICAN EXPRESS | |
| NOTARY/MISC FEE: | $0.00 | | |
| TOTAL: | $204.95 | CARD/CHECK#: | |

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

EDWARDS WILDMAN PALMER, LLP-BOSTON
111 HUNTINGTON AVENUE
BOSTON, MA 02199

INVOICE #: 20130225152319
AMOUNT DUE: $204.95
DUE DATE: 04/04/2013

For the fastest resolution to your billing inquiry, email us at:
Billing@Served.com

[ ] CHECK

received
LAP 4/1/13

[ ] Visa [ ] MasterCard [ ] Discover [ ] American Express

CARD #:
EXPIRATION: __/__
SIGNATURE:

GUARANTEED SUBPOENA SERVICE, INC.
WWW.SERVED.COM
P.O. BOX 2248
UNION, NJ 07083

CVS 189721 APR 22 2013 NON-TAXABLE

20130225152319

Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

31979-0010

OK



E694520

YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME, AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!



## INVOICE

EDWARDS WILDMAN PALMER, LLP-BOSTON
ALICE KOKODIS, ESQ
111 HUNTINGTON AVENUE
BOSTON, MA 02199

| | |
|---|---|
| INVOICE #: | 20130225151508 |
| AMOUNT DUE: | $30.00 |
| DUE DATE: | 04/04/2013 |

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

| | | | |
|---|---|---|---|
| AMOUNT DUE: $30.00 | DUE DATE: 04/04/2013 | INVOICE #: 20130225151508 | INVOICE DATE: 03/05/2013 |

ATTORNEY: ALICE KOKODIS, ESQ
FIRM: EDWARDS WILDMAN PALMER, LLP-BOSTON
PLAINTIFF: LORI HAHN
DEFENDANT: BANK OF AMERICA, INC.
DOCKET#: 12 CV 4151          CLAIM#:
ENTITY SERVED: MICHAEL SOUDRY, M.B.A
SERVED WITH: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION, FEDERAL RULE OF CIVIL PROCEDURE
SERVED DATE:                 COURT DATE:          03/08/2013

| | | | |
|---|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: | \|__\|__/\|__\|__/\|__\|__\| |
| SERVICE FEE: | $0.00 | | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: | \|__\|__\|.\|__\|__\|.\|__\|__\| |
| PRIORITY FEE: | $30.00 | | |
| PICKUP FEE: | $0.00 | [ ] CHECK | |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA | |
| POSTAL FORWARDING FEE: | $0.00 | [ ] MASTERCARD | |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER | |
| WAIT TIME 0.00 HOURS FEE: | $0.00 | [ ] AMERICAN EXPRESS | |
| NOTARY/MISC. FEE: | $0.00 | | |
| TOTAL: | $30.00 | CARD/CHECK#: \|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\| | |

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

EDWARDS WILDMAN PALMER, LLP-BOSTON
111 HUNTINGTON AVENUE
BOSTON, MA 02199

| | |
|---|---|
| INVOICE #: | 20130225151508 |
| AMOUNT DUE: | $30.00 |
| DUE DATE: | 04/04/2013 |

For the fastest resolution to your billing inquiry, email us at:
Billing@Served.com

[ ] CHECK

[ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express

CVS 1 8 8 6 2 3 MAR 18 2013

CARD #: \|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|

GUARANTEED SUBPOENA SERVICE, INC.
WWW.SERVED.COM
P.O. Box 2248
UNION, NJ 07083

received

EXPIRATION: \|__\|__/\|__\|__\|

SIGNATURE: _____

CVS 1 8 8 6 2 3 MAR 18 2013

3/22/13

NON-TAXABLE

# EXHIBIT 3

# ECO-STAT LLC

ECONOMIC & STATISTICAL CONSULTANTS

#187383

**New Jersey**
100 Eagle Rock Ave., Suite 200
East Hanover, NJ 07936
973.929.3532 Tel
973.929.3533 Fax

ecostat@friedmanllp.com
www.ecostat.com

**New York**
1700 Broadway, 23rd Floor
New York, New York 10019
212.842.7696 Tel
212.842.7001 Fax

(800) ECO-STAT Tel
(888) ECO-STAT Fax

February 28, 2013

Edward Widman Palmer, LLP
111 Huntington Avenue
Boston, MA 02199

**Re: Lori Hahn**
**Our Case No.: 5131094**

Deposition testimony on Mach 7, 2013

2 hours @ $350.00 per hour:                     $700.00

Tax ID: 13-4138344



E692091

Eco-Stat LLC is an affiliated company of Friedman LLP, Accountants and Advisors

February 28, 2013     486276

***SEVEN HUNDRED AND 00/100 DOLLARS***          $***700.00

ECO-STAT LLC
1700 Broadway, 23rd Floor
New York, NY 10019
U.S.A.


39062      ECO-STAT LLC                                                              486276

| Invoice No. | Invoice Date | Description | Invoice | Discount | Payment |
|---|---|---|---|---|---|
| 311979.0010 | 2/28/2013 | for Deposition Testimony on March 7, 2013, re: Lori Hahn, Our Case Number 5131094 | $700.00 | $0.00 | $700.00 |



# Roy Lubit MD, Ph.D.



165 West End Ave 3K
New York, NY 10023

roylubit@rcn.com
917-846-7829

Board Certifications
Psychiatry and Neurology
Child & Adolescent Psychiatry
Forensic Psychiatry

March 4, 2013

Bill for Deposition Concerning Hahn Case

$3000

*Roy Lubit*

1


E700068

# EXHIBIT C

14-1454
*Hahn v. Bank of America N.A.*

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of June, two thousand fifteen.

PRESENT:  ROBERT D. SACK,
                     RICHARD C. WESLEY,
                     PETER W. HALL,
                               *Circuit Judges.*

---

LORI HAHN,

                    *Plaintiff-Appellant,*

        -v.-                                              No. 14-1454

BANK OF AMERICA N.A.,

                    *Defendant-Appellee,*

MARIA LOCCISANO,

                    *Defendant.*

1

| | |
|---|---|
| For Plaintiff-Appellant: | Eric M. Baum, Eisenberg & Baum, LLP, New York, NY. |
| For Defendant-Appellee: | Alice A. Kokodis, Edwards Wildman Palmer LLP, Boston, MA. |

Appeal from the United States District Court for the Southern District of New York (Freeman, M.J.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment is **AFFIRMED**.

Plaintiff Lori Hahn brought suit against her former employer, Bank of America ("BOA" or the "Bank"), under both Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, and the New York State Human Rights Law ("NYSHRL"), N.Y. Exec. Law § 290, *et seq.*, claiming the Bank discriminated against her on the basis of her national origin, created a hostile work environment, and retaliated against her for her complaints to the Bank's human resources department. Following discovery, BOA moved for summary judgment and Hahn voluntarily dismissed her discrimination claim. In its March 31, 2014, Memorandum and Opinion, the magistrate judge granted summary judgment for BOA on Hahn's retaliation and hostile work environment claims. Hahn

appeals that decision.  We affirm for reasons stated by the magistrate judge in her Memorandum and Opinion.

   We have considered all of Hahn's arguments and find them to be without merit.  Accordingly, we **AFFIRM** the judgment.


             FOR THE COURT:
             Catherine O'Hagan Wolfe, Clerk

# EXHIBIT D

# MANDATE

N.Y.S.D. Case #
12-cv-4151(DCF)

14-1454

*Hahn v. Bank of America N.A.*

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

### SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of June, two thousand fifteen.

PRESENT: ROBERT D. SACK,
RICHARD C. WESLEY,
PETER W. HALL,
*Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 25, 2015

LORI HAHN,

     *Plaintiff-Appellant,*

    -v.-               No. 14-1454

BANK OF AMERICA N.A.,

     *Defendant-Appellee,*

MARIA LOCCISANO,

     *Defendant.*

1

_____

For Plaintiff-Appellant:           Eric M. Baum, Eisenberg & Baum, LLP,
                                   New York, NY.

For Defendant-Appellee:            Alice A. Kokodis, Edwards Wildman
                                   Palmer LLP, Boston, MA.

Appeal from the United States District Court for the Southern District of New York (Freeman, M.J.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment is **AFFIRMED**.

Plaintiff Lori Hahn brought suit against her former employer, Bank of America ("BOA" or the "Bank"), under both Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, and the New York State Human Rights Law ("NYSHRL"), N.Y. Exec. Law § 290, *et seq.*, claiming the Bank discriminated against her on the basis of her national origin, created a hostile work environment, and retaliated against her for her complaints to the Bank's human resources department. Following discovery, BOA moved for summary judgment and Hahn voluntarily dismissed her discrimination claim. In its March 31, 2014, Memorandum and Opinion, the magistrate judge granted summary judgment for BOA on Hahn's retaliation and hostile work environment claims. Hahn

appeals that decision.  We affirm for reasons stated by the magistrate judge in

her Memorandum and Opinion.

> We have considered all of Hahn's arguments and find them to be without

merit.  Accordingly, we **AFFIRM** the judgment.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

3